# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CORNELIUS CANADY,**

    *Plaintiff*,

v.                                       **CASE NO.:  4:18cv538-MW/MAF**

**DOCTOR COLOMBANI,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 40. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant's supplemental motion to dismiss, ECF No. 35, is **GRANTED**. All other motions are **DENIED as moot.** The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1915(e)(2)." The Clerk shall also note on the docket that this cause is dismissed pursuant to Federal Rule of Civil

Procedure 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on May 28, 2020.**

**s/Mark E. Walker<u>           </u>**
**Chief United States District Judge**
