# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CORNELIUS CANADY,**

    **Plaintiff,**

**v.**                     **Case No. 4:18cv538-MW/MAF**

**DOCTOR COLOMBANI,**

    **Defendant.**

_____/

## ORDER REJECTING REPORT AND RECOMMENDATION
## AND REMANDING CASE FOR FURTHER CONSIDERATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 40, and has reviewed *de novo* Plaintiff's objection to the report and recommendation. ECF No. 46. Accordingly,

    **IT IS ORDERED:**

This Court **rejects** the report and recommendation. The Clerk shall terminate ECF No. 40. This case is **remanded** to the Magistrate Judge to consider the new facts alleged in Plaintiff's objection as a matter of first impression.

    **SO ORDERED on June 8, 2020.**

                                             **s/ MARK E. WALKER**
                                             **Chief United States District Judge**