IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CORNELIUS CANADY,**

    *Plaintiff*,

v.                                                      CASE NO. 4:18cv538-MW/MAF

**DOCTOR COLOMBANI,**

    *Defendant*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 70. Upon consideration, with no objections having been filed by the parties,

**IT IS ORDERED**:

The Report and Recommendation is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 66, is **DENIED** and this case is **REMANDED** for further proceedings on Plaintiff's Eight Amendment claims.

**SO ORDERED** on January 8, 2021.

                                                          s/Mark E. Walker          
                                                          **Chief United States District Judge**